# EXHIBIT 10

**Exhibit 10:**
**Infringement of United States Patent 9,775,774 (the "'774 Patent") by Potenza Products[1]**

As shown by at least the following evidence:
- Webpage: https://www.cynosure.com/treatments/skin-revitalization/ ("Potenza Treatment Webpage")
- Webpage: https://www.cynosure.com/product/potenza/ ("Potenza Product Webpage")
- Webpage: https://www.theaestheticguide.com/cynosure-sets-new-standard-versatility-potenza (" Potenza Introduction Webpage")
- Product Brochure: https://vga-asia.com/wp-content/uploads/2020/04/Potenza-1.pdf ("Potenza Brochure1")
-  Potenza Physician Brochure
- Video: "What is Microneedling? | Potenza RF Microneedling in Edmonds, WA | PUR Skin Clinic"  https://www.youtube.com/watch?v=5UWvkhnLLsw  ("Potenza Youtube Video1")
- Video: "Cynosure Australia | Cosmedicon Conference | Dr Alaina Taylor | Potenza" https://www.youtube.com/watch?v=jrn-taN4TqE ("Potenza Youtube Video2")
- Video: "Aesthetic Insights | Dr Ben Chan | Cynosure Australia | Potenza" https://www.youtube.com/watch?v=7JJxZtDGBxc ("Potenza Youtube Video3")
- Video: "Potenza RF Microneedling Tiger Tip - Video 1" https://www.youtube.com/watch?v=c-j-rK2hTfc ("Potenza Youtube Video4")
- Video: "The next great innovation in RF Microneedling is here!", https://www.facebook.com/CynosureLaser/videos/the-next-great-innovation-in-rf-microneedling-is-here-the-new-fusion-tip-by-pote/878417982746225/   ("Potenza Facebook Video5")
- Embedded Video: "Potenza™ - The New Standard in RF Microneedling from Cynosure" https://www.cynosure.com/product/potenza/?wvideo=fvc30xw9l4 ("Potenza Product Embedded Video6")

---

[1] The Potenza RF Microneedling System (hereinafter "Accused Product") is representative of products accused of infringing the '774 patent.

1

| Claim Language | Accused Products[2] |
|---|---|
| 1[pre] A method of treating dermatological tissue, comprising: | To the extent the preamble is limiting, the Accused Product provides a method of treating dermatological tissue. For example:<br><br>The Accused Product is a RF microneedling system used to treat dermatological tissue.<br><br>**Introducing the Potenza™ radiofrequency microneedling treatment**<br><br>The Potenza microneedling treatment is a customizable solution that's designed for you. Whether you want to tighten and firm your skin,* minimize the common signs of aging or reduce blemishes, you'll unleash your skin's potential after only a few treatments.<br><br>Is this treatment right for me?    —<br><br>The Potenza microneedling treatment can treat a wide variety of skin concerns on the face and body. Talk to your provider to see if this treatment is right for you. |

---

[2] Serendia has conducted the infringement analysis herein based on publicly available information. Serendia reserves the right to supplement its infringement contentions, including supplementing the number of infringed claims, as discovery becomes available.

This chart provides representative examples of portions of the charted materials that disclose the charted limitations. This chart is not intended to be exhaustive, and additional portions of the charted materials, as well as other materials regarding the Accused Products, may also demonstrate how the Accused Product meets the charted limitation(s). Serendia reserves the right to rely on such additional portions. For example, where a particular Figure is cited, the citation should be understood to encompass any corresponding caption or description of the Figure as well as any text relating to the Figure. Similarly, where particular text referring to a Figure is cited, the citation is meant encompass the Figure as well.

| Claim Language | Accused Products[2] |
|---|---|
| | What is the benefit of microneedling treatments that use RF energy? |
| | Using RF energy will trigger your body's natural response to create an increased level of collagen and elastin production, resulting in an enhanced skin revitalization treatment versus microneedling alone. |
| | Potenza Treatment Webpage at 1, 3, and 7. |
| | The New Standard in RF Microneedling with revolutionizing enhanced topical penetration |
| | Potenza takes RF microneedling to new levels. The versatility this system provides allows you to customize treatments based on your patients' specific needs – all skin types, anywhere on the body, any time of the year. |
| | Potenza Product Webpage at 1. |
| 1[a] placing a device surface on or near dermatological tissue to be treated, the surface including a plurality of needles one of extending or extendable a desired distance from the surface; and | The method of using the Accused Product comprises placing a device surface on or near dermatological tissue to be treated, the surface including a plurality of needles one of extending or extendable a desired distance from the surface.  For example:<br><br>When treating dermatological tissue, a device surface (as shown below in blue) is placed on or near dermatological tissue to be treated. |

3

| Claim Language | Accused Products[2] |
|---|---|
| | <br>Potenza Youtube Video1.<br><br>Potenza Youtube Video2.<br><br>The surface includes a plurality of needles (as shown below in yellow). |

4

| **Claim Language** | **Accused Products**[2] |
|---|---|
|  |  Potenza Facebook Video5.<br><br>Potenza Brochure1 at 2. |

5

| Claim Language | Accused Products[2] |
|---|---|
|  |   Potenza Physician Brochure at 6. |

| Claim Language | Accused Products[2] |
|---|---|
| | Traditional insulated needle arrays, as well as the Tiger Tip are each available at densities of 16, 25 and 49 needles. Square tips treat an 8x8 mm area. Insertion depth can be adjusted between 0.5 mm and 4.0 mm. |

Potenza Introduction Webpage at 4.

Said needles are extendable a desired distance from the surface (as shown below in blue).  For example, the Accused Products can control the "Depth" setting in the user interface/control panel (as shown below in purple).

7

| Claim Language | Accused Products[2] |
|---|---|
| |  (excerpt) Potenza Youtube Video4. |

| Claim Language | Accused Products[2] |
|---|---|
| | Potenza Product Embedded Video6. |
| 1[b] directing a signal generator electrically coupled to the plurality of extended needles to produce pulsed radio frequency signals across the plurality of needles to affect dermatological tissue near the plurality of needles. | The method of using the Accused Product comprises directing a signal generator electrically coupled to the plurality of extended needles to produce pulsed radio frequency signals across the plurality of needles to affect dermatological tissue near the plurality of needles.  For example:<br><br>The Accused Product includes a signal generator and the signal generator of the Accused Product is electrically coupled to the plurality of extended needles via electrical cables. . |

9

| Claim Language | Accused Products[2] |
| --- | --- |
|  |  Potenza Brochure1 at 1. |

| Claim Language | Accused Products[2] |
|---|---|
|  |  Potenza Youtube Video4.<br><br>When treating dermatological tissue, the Accused Product uses the "real-time impedance monitoring technology" to make "continuous adjustments to deliver optimal energy", so that it "overcomes the inconsistent results with other RF devices", and "enables the application of substantially equal amount of energy in each treatment area." |

| Claim Language | Accused Products[2] |
|---|---|
| | <br>Potenza Youtube Video2.<br><br>The signal generator of Accused Product is directed to produce pulsed radio frequency signals across the plurality of needles to affect dermatological tissue near the plurality of needles (as shown below in yellow). |

12

| Claim Language | Accused Products[2] |
|---|---|
| | <br>Potenza Product Embedded Video6.<br><br>The production of pulsed radio frequency signals across the plurality of needles are controlled via a user interface/control panel (as shown below in orange), and the parameters of the signal can be configured (e.g. "Time", "Power", "Pulses", "Needle Depth", settings on the control panel). |

13

| Claim Language | Accused Products[2] |
|---|---|
| | <br>Potenza Youtube Video4. |
| **Claim 11** | |
| 11[pre] 11. An apparatus for treating dermatological tissue, comprising: | To the extent the preamble is limiting, as demonstrated in claim element 1[pre] the Accused Product is an apparatus for treating dermatological tissue. |
| 11[a] a device including a plurality of needles one of extending or extendable a desired distance from a surface, the desired distance selected to enable the plurality of needles to penetrate dermatological tissue; and | The Accused Product comprises a device including a plurality of needles one of extending or extendable a desired distance from a surface, the desired distance selected to enable the plurality of needles to penetrate dermatological tissue.  For example, *see* 1[a]. |

| Claim Language | Accused Products[2] |
|---|---|
| 11[b] a signal generator electrically coupled to the plurality of extended needles to produce pulsed radio frequency signals across the plurality of needles to affect dermatological tissue near the plurality of needles. | The Accused Product comprises a signal generator electrically coupled to the plurality of extended needles to produce pulsed radio frequency signals across the plurality of needles to affect dermatological tissue near the plurality of needles. For example, *see* 1[b]. |